```
            FILED      LODGED
            RECEIVED   COPY

            OCT 3 0 1998

        CLERK U/S DISTRICT COURT
        DISTRICT OF ARIZONA
                           DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| FRANK JARVIS ATWOOD, )<br>　　　　　　　　　　　　　 )<br>　　　　　Petitioner,　 )<br>　　　　　　　　　　　　　 )<br>vs.　　　　　　　　　　　 )<br>　　　　　　　　　　　　　 )<br>TERRY STEWART, et al.,　)<br>　　　　　　　　　　　　　 )<br>　　　　　Respondents,　 )<br>_____) | No. CIV 98-116-TUC-JMR<br><br><br><br><br>ORDER |

　　　Pending before the Court is Petitioner's motion for a 120-day extension to file his amended petition. The motion states that substantive work did not begin on the amended petition until late August, following the Court's denial of counsel Hammond's motion to withdraw. The motion further asserts that counsel is challenged by the "unprecedented size of the file." Motion at 4. Respondents oppose any extension beyond 30 days, arguing that counsel need not identify any claims beyond those raised in the state courts because such claims will be precluded from review on the merits.

　　　In its general procedures order, the Court directed Petitioner's counsel to include in the amended petition "every possible constitutional error or deprivation entitling Petitioner

(34)

to habeas relief." The Court does not, however, view this directive as requiring an unlimited amount of time to review Petitioner's case. In setting the original 5-month deadline for the amended petition, the Court took into account the size of the case file. This, therefore, is insufficient cause for a 120-day extension. Nevertheless, the Court agrees that Petitioner should not be penalized for the time spent by counsel litigating compensation issues rather than working on his amended petition. For this reason, the Court finds good cause for a 90-day extension.[1]

Accordingly,

**IT IS ORDERED** that Petitioner's Application for Extension of Time (file doc. 31) is **GRANTED IN PART**. Petitioner shall have until **Friday, February 12, 1999**, to file an Amended Petition for Writ of Habeas Corpus.

DATED this 30 day of October, 1998.

_____
JOHN M. ROLL
United States District Judge

Copies to all counsel of record.

---

[1] The Court notes that Petitioner's motion requests an additional 120 days to complete "the *first phase* of the work . . . necessary to submit an amended petition." Motion at 5 (emphasis added). Petitioner is cautioned that the Court expects the filing of an amended petition by the above deadline, not simply review of the record.

2