

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| FRANK JARVIS ATWOOD, | ) | No. CIV 98-116-TUC-JMR |
| Petitioner, | ) | |
| vs. | ) | |
| TERRY STEWART, et al., | ) | ORDER |
| Respondents. | ) | |

Pending before the Court is Petitioner's motion for an order directing the state superior court to release all video and photographic exhibits to Petitioner's counsel for copying. Respondents do not object. The Court finds that copying of the video and photographic exhibits from Petitioner's superior court case file is reasonably necessary for preparation of Petitioner's amended petition for writ of habeas corpus.

Accordingly,

**IT IS ORDERED** that Petitioner's Application for Order Authorizing Release of Videotapes and Photographs (file doc. 42) is **GRANTED**.

1

**IT IS FURTHER ORDERED** that the Clerk of the Pima County Superior Court release to Petitioner's counsel, Larry A. Hammond and Daniel F. Davis, or a designated representative, all video and photographic exhibits connected with Pima County Superior Court Nos. CR-14065 and CR-15397 (<u>State v. Frank Jarvis Atwood</u>). Counsel shall return the exhibits within five days of receipt and shall abide by any Pima County Superior Court procedures governing release and safeguarding of exhibits.

**IT IS FURTHER ORDERED** that the Clerk of the District Court send a certified copy of this Order to: Patricia Anne Noland, Clerk of the Pima County Superior Court, 110 W. Congress, Tucson, AZ 85701, Attn: Exhibits.

DATED this /7 day of February, 1999.

*/s/ John M. Roll*
JOHN M. ROLL
United States District Judge

Copies to all counsel of record.