**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Jarvis Atwood,<br><br>            Petitioner,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>           Respondents. | No. CV-98-116-TUC-JCC<br><br>DEATH PENALTY CASE<br><br>**ORDER** |

This matter is set for an evidentiary hearing on October 7-9, 2013. It appearing that counsel will need to consult with their client, and in the event Petitioner is called as a witness, the Court finds good cause to require Petitioner's attendance at the hearing.

Accordingly,

**IT IS ORDERED** that Petitioner's Motion for Presence of Petitioner at Hearing (Doc. 444) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court prepare a Writ of Habeas Corpus Ad Testificandum to produce Frank Jarvis Atwood, Inmate #062887, who is in custody at the Arizona Department of Corrections, ASPC Eyman, Browning Unit in Florence, Arizona, 85232, for an evidentiary hearing on October 7, 8, and 9, 2013, at 9:00 a.m. in Courtroom 6B of the Evo A. DeConcini United States Courthouse, 405 W. Congress, Tucson, Arizona.

/ / /

/ / /

1
2    DATED this 19th day of August 2013.
3
4
5
6
7
8    John C. Coughenour
9    UNITED STATES DISTRICT JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28