**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Jarvis Atwood,<br><br>            Petitioner,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>           Respondents. | No. CV-98-116-TUC-JCC<br><br><u>DEATH PENALTY CASE</u><br><br>**ORDER** |

      Before the Court is Petitioner's offer of proof in the form of two declarations from *Strickland* experts, whose testimony he intended to offer at the impending evidentiary hearing. (Doc. 459.) Although not captioned as a motion, the offer of proof requests that the Court review and consider the declarations in support of Petitioner's ineffectiveness claim. To the extent a formal ruling is necessary, the request is **GRANTED**.

      DATED this 27th day of September, 2013.

*/s/ John C. Coughenour*

John C. Coughenour
UNITED STATES DISTRICT JUDGE